■ SALLY MOREHOUSE, Appellant, v. VOLKSWAGEN AKTIENGESELLSCHAFT, Respondent, and BISCHOFF & HAMMEL et al., Defendants.— Order affirmed, without costs. (See *Delagi* v. *Volkswagenwerk AG of Wolfsburg, Germany,* 29 N Y 2d 426.) Staley, Jr., J. P., Greenblott, Cooke, Kane and Main, JJ., concur.